UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

AKO K. BURRELL,

Plaintiff

-vs-



Helio-Dominica
Helio-Morgan
Abanador, officer P.B Holbert
Faype, officer P.B Wilcot
Grondek, officer P.B Rinaldo
Kinderman, officer-chief
Well Path-Nancy
Speilman, officer
Mosher, officer
Clek, officer-Lt.
Ciulla, officer-sgt.
D'mico, officer-Lt.
Hazanovic, officer
Johnson, officer P.B Inv. Miller
Chapman, officer
Yocum, officer
Nodine, officer
Brandham, officer-Lt
Carpa, officer-
Hoke, officer
McDonald, officer
Paulinbrowski, officer
Pfliger, officer-Captain
Nhpa, officer
Elswood, officer
Plummer, officer
Davies, officer
Campbell, officer-Lt.
Knuth, officer-hearing
Woodland, officer-

Engler, officer

Corocan, officer

Smith, officer-Captain

Larry, Law Library

Carol, Trinity Food Service

Sowers, Trinity Food Service

Bray, officer

Slippo, officer

Scofield, officer

Rodger, officer (1B)

Individually and in their Official Capacities

---

1. This is an action pursuant to the Civil Rights Act of 1871, 42 U.S.C.A. 1983 and 28 U.S.C.A. 1343, seeking redress for the deprivation of Plaintiff(s) Constitutional rights. Venue is proper in this district, as all of the acts complained of occurred in Oriskany, New York, Northern District.

2. This Court has jurisdiction over this action under 28 U.S.C.A. 1343(a) for a violation of Constitutional rights provided in 42 U.S.C.A. 1983. The Plaintiff seeks injunction relief & monetary damages, as well as fees & costs pursuant to 42 U.S.C.A. 1988.

3. Plaintiff is a citizen of New York State. Each Defendant is upon information and belief a citizen of New York State.

4. Defendant Dominca, is a employee of the mental health service provider Helio. to OCCF pursuant to NYS law.

5. Defendant Morgan, is a employee of the mental health service provider Helio to OCCF pursuant to NYS law.

6. Defendant Mark Kindermany is the Chief of OCCF, pursuant to NYS laws.

7. Defendant Nancy, is a employee of medical service provider WellPath to OCCF pursuant to NYS law.

8. Defendant Speilman, is a C.O. of OCCF, pursuant to NYS laws.

9. Defendant Mosher, is a C.O. of OCCF, pursuant to NYS laws.

10. Defendant Inv. Miller, is a C.O. of OCCF, pursuant to NYS laws.

10. Defendant Clek, is a lieutenant of OCCF Pursuant to NYS laws.

12. Defendant Civilla, is a Sergeant of OCCF Pursuant to NYS laws.

13. Defendant Dimico, is a lieutenant of OCCF Pursuant to NYS laws.

14. Defendant Hazanovic, is a C.O. of OCCF Pursuant to NYS laws.

15. Defendant Chapman, is a C.O. of OCCF Pursuant to NYS laws.

16. Defendant Yocum, is a C.O. of OCCF Pursuant to NYS laws.

17. Defendant Nodire is a C.O. of OCCF Pursuant to NYS laws.

18. Defendant Brandham, is a lieutenant of OCCF Pursuant to NYS laws.

19. Defendant Carita, is a C.O. of OCCF Pursuant to NYS laws.

20. Defendant Hoke, is a C.O. of OCCF Pursuant to NYS laws.

26. Defendant McDonald, is a C.O. of OCCF Pursuant to NYS laws.

22. Defendant Pavlinkowski, is a C.O. of OCCF Pursuant to NYS laws.

23. Defendant Napa, is a C.O. of OCCF Pursuant to NYS laws.

24. Defendant Elswood, is a C.O. of OCCF Pursuant to NYS laws.

25. Defendant Plummely, is a C.O. of OCCF Pursuant to NYS laws.

26. Defendant Davies, is a C.O. of OCCF Pursuant to NYS laws.

27. Defendant Campbell, is a lieutenant of OCCF Pursuant to NYS laws.

28. Defendant Knutti, is a C.O. of OCCF Pursuant to NYS laws.

29. Defendant Corocran, is a C.O. of OCCF Pursuant to NYS laws.

30. Defendant Smith, is a Captain of OCCF Pursuant to NYS laws.

30. Defendant Pfliger, is a Captain of OCCF Pursuant to NYS laws.

32. Defendant Carol, is a employee of Trinity food Service Group Pursuant to a Food Service Contract with OCCF.

33. Defendant Sowers, is a employee of Trinity food Service Group, Pursuant to a food Service Contract with OCCF.

34. Defendant Holbert, is a C.O. of OCCF Pursuant to NYS laws.

35. Defendant Wilcox, is a C.O. of OCCF Pursuant to NYS laws.

36. Defendant Rinaldo, is a C.O. of OCCF Pursuant to NYS laws.

(3.)

37. Defendant Kogler, is a officer of OCCF, Pursuant to Nys laws.

38. Defendant Bray, is a officer of OCCF, Pursuant to Nys laws.

39. Defendant Slippo, is a officer of OCCF, Pursuant to Nys laws.

40. Defendant Scofield is a officer of OCCF, Pursuant to Nys laws.

41. Defendant Woodland, is a officer of OCCF, Pursuant to Nys laws

42. Defendant(s) Acted under Color of State law, of a Statute, regulation, or Custom. Defendant(s) are sued both individually & in their official capacities. At all times Pertinent. Defendant(s) were employed by the County of Oneida

## FACTS

43. On October 29, 2024, Plaintiff was detained, on the Penal law violation 120.15, & 240.26. As a Pre-trial detainee. He was seen by County & inform them of his Anti-Personality disorder, & his insomnia, & that he required medication, & treatment.

44. He was seen by Medical, & inform them of his Siactica, Carpool tunnel, nerve damage, knee, neck, & Shoulder, & he was a no-soy Consumer. He also needed eye glasses, & dental treatment.

45. Plaintiff went to be housed in Pod-4-4 Cell. The Cell was Filthly, Plaintiff, went to Sleep, in anticipation of Court on October 30, 2024. Plaintiff, door was buzzed ajar, & he noticed he had (4) Parcels of mail. Plaintiff was then inform, that the mail was never mailed out, from the last time he was released from OCCF on 10/08/2024.

46. Plaintiff, did his hygiene, & Proceeded to Court, Plaintiff was inform informed by his Cellmate, to be careful because he heard officers discussing Setting him up with drugs & a Weapon. Plaintiff gave thanks & Proceeded to exit the unit for Court.

POD - 4 - Cell - 4

48. Plaintiff attended Court in the City of Utica for a ROR hearing, on a Parole warrant #0857489, on October 30, 2024. Upon leaving the Cell Plaintiff observed Defendant Hozanovic was in Possession of a Sharper toothbrush. He stated " You've got a Cell Search, I hope you got your toothbrush". Plaintiff left the unit & attended Court in Utica City.

49. Plaintiff returned from Court & his cell was Searched, & left in a disarray. On November 02, 2024, Defendant Johnson informed Plaintiff to "Calindown". Due to Plaintiff seeking legal-call's, & clearance from Orientation. Johnson informed Defendant D'mico.

50. Defendant(s) D'mico, Chapman, Czek, & Plaintiff Went to ALF - unit. The unit is for suicidal / Homicidal ill. Defendant D'mico lied & Said Plaintiff wanted to harm himself, him & Defendant Hinderman, & Ciulla placed Plaintiff on a Seperation of all inmates Status. Czek & Hinderman placed Plaintiff on Administrative Segregation on Nov. 02, 2024.

51. Defendant Czek then instructed Yocum, a C.O, to return to Pod-4, & Conduct a cell Search. At approx. 1715 hours Yocum was Conducting the cell Search. He concluded the Search and nothing was found. After around 1900 hours the Czek instructed Plaintiff to return back to Plaintiff cell that was Pod-4-4 Cell B to retrieve his mattress "It's time to finish this Piece of Shit". On Nov. 02, 2024.

52. Yocum returned with the mattress to movement & Control 4 of the OCCF Czek then instructed him & Nadire to Place the Mattress in a radiology Scan & to Search "For a toothbrush Hozanovic Placed there the other day" These two Couldn't find the item, Czek began yelling " there it is".

53. Czek instructed Yocum & Nadire to open the mattress Shell, & retrieve the toothbrush. He then instructed Yocum & Nadire to lie & Press Criminal Charges on Plaintiff Stating the toothbrush belong to him. Nadire, lied & Stated OCCF has a Policy to radiology Scan inmates mattresses when they leave a unit, in a Deposition to the CEO of Oneida County. While Yocum wrote incident report #36155, & used Nadire deposition to Support a Contraband charge, that was ultimately dismissed.  (6)

ALF-6
CONSTANT WATCH SUPERVISION

**54** Defendant(s) Czek & Kinderman, & Sgt. Civilla, placed Plaintiff on the most unusual, & severe restrictions, that were shocking. Plaintiff was deemed a Constant Watch Mental Health Level for alleged statements of self harm. He never made, nor one of the Defendant(s) can state what was said, or why & how Plaintiff planned to harm himself.

**55.** Plaintiff was denied the following by Kinderman, Czek, & Civilla: NO Property, Out of cell time revoked; Or Hour recreation in restraints (No shackles while in rec yard) Hygiene kit at officer desk; Shower 3 times a week; No toothbrush; No Spoon; no Pens or Pencils; No Cup; Nothing. Full restraints when he comes out the cell, & He is not to be released from Constant Watch, or moved anywhere from his Cell without Defendant Kinderman express authorization. Nov. 02 2024 - [illegible] (A)

**56.** Plaintiff was housed in this unit from November 02, 2024 - November 26, 2024. Plaintiff was only given 5 showers in this time & Afforded rec 3 times. The following Parties denied Plaintiff rec, Phone, Shower, legal calls, visits, legal visits, medical, & Clothing.

**57.** Plaintiff was housed in ALF-06 Cell, with no running water, toilet, the cell light remained on all day & night from NOV. 02 - NOV. 06, 2026. Plaintiff had no clothing at all, & had no legal-mail at all. Plaintiff had no way to wash his face, brush his teeth, use the bathroom, Pray & Practice his islamic faith.

**58.** Plaintiff was denied breakfast, lunch, rec, showers, & Phone(s) by ~~Defendant(s)~~ Kinderman, Dimico, ~~Civilla~~ ~~CB~~ ~~CB~~ Gondek, ~~Pattey~~, & Bounder. This occurred on november dates: 04, 05, 06, 07, 08th; 12, 13, 14th, 15th, 18th, 19th; & 20th, As well as the 25th. Plaintiff was informed that Kinderman & Lt, Dimico instructed them not give him shit & to also remember he made threats to kill Gondek & Bounder, Kinderman & there kids as well. Plaintiff Starved for those days.

59. Plaintiff received a decision & order from Magistrate Katz, in 9:24-cv-1169 Burrell v winkler. Plaintiff had a right to object to the 10/30/2024, report & recommendation. Kinderman, Clerk, & Civilla refusal to allow Plaintiff any legal-mail, pens, or paper prevented this.

60. Plaintiff attended a Parole revocation hearing on 11/04/24; 11/08/24; 11/18/24; & 11/25/24. At each Court appearance the ALJ Sellenger instructed Defendant(s) Sims; Bray; Engler; Bongey, Moster; Plumadly & Spielman, & scofield; to allow Plaintiff to make a legal call to retain Counsel to represent him, due to multiple of Conflict of interest, & no Counsel being readily available to do So, These Defendant(s) all refused to Provide Plaintiff a Privileged Call to do So. Plaintiff did not receive an attorney.

70. Plaintiff, was not allowed Soap or a tooth brush, In ALC nor was Plaintiff allowed books, mail, letters, magazines, or grievances. Plaintiff was informed by Defendant Hoke "The Chief, & D'Mico have it out for you". On or about Nov. 21, 2024, Defendant Kinderman, approached ALC-06cell, with Defendant Abounader, & Said " I spoke to the boys at midstate, they really miss You, & hope You Come back, & drop those lawsuits. I Seen your boy David Sweat, & Bickey Johnson, they said Hello. Now, You listen I'm aware You write a lot of grievances, It D'Mico hates when I mention Your name. So, unless You Promise to not to write any grievance's I Can't let You Out of here, or go to Population, Because you are a threat to Security with those grievances".

71. Plaintiff agreed to the terms, Once Defendant Morgan Informed Plaintiff he won't receive treatment, he requested a grievance. Defendant Davies then lied & Said Plaintiff was homicidal, & argumentative with Morgan. Him & Defendant Plumadly then lied & Stated Plaintiff refused to move From Constant Watch. Davies Stated " Yeah fuck you Burrell remember you sued me, so guess what your Staying in Constant". Plaintiff remained in Constant Until 11/26/24

(7)

72. Defendant Hoke, entered Alf & yelled "Hill Burrell wake up". He began banging on the Pexi-glass, & had a radio with him, whiched he Used to blast. Plaintiff requested rec, & a Shower he Stated "I Can't hear you". He then Stated I refused theses Plaintiff then had to face all the name Calling. He Called a Code on plaintiff & instructed Abonander not to feed Plaintiff. On or about Nov. 16, 2024,

73. Defendant Carda refused to allow plaintiff his notice of inmate rights for the following MBR 36166, 36129, 36153, 36151, 36160, 36150 & 36165, Plaintiff was not aware of the charges or dates of incidents, or his rights at these hearings due to Carda refusal. Carda then threw the rights in the trash when he went on break.

74. Defendant Moster, denied Plaintiff recreation, Shower & Share on Nov. 09, 10, 16, & 7. Deff Defendant(s) Speilman, MC Donalds, Pulaski, denied Plaintiff rec, Showers, Phone, on 8, 9, 10, 11, 15, 16, 17, 23 & 24th. Stating "the Chief Kinderman Said you don't get nothing". Abonander Abonander, Fabye, & Gordeky Placed me in a zone-1 room with my attorney Alicia Loomis. MS. Loomis inquired why am I in a smock, I informed her that the ocff has falsely reported to Hello I'm Suicidal, & I'm not. These Abonander Abonander, Fabye, & Gordeky then relayed to Mental Healthy Defendant Dominica I informed them in the Presence of my attorney I was Suicidal. On Nov. 07, 2024

75. Defendant(s) Brudham, issued a memorandum for me to not to receive any Medical Care & treatment. I was not allowed anything. On November 19, 2024, I was required to attend a NYS Court of Claims trial appearance Claim # 134109, & 134018, in Hon. J. Scott Odonisi Chambers. Defendant(s) Kinderman CZek, & Civilla denial of Pen, Pencil, & Paper, Caused Plaintiff to not be able to file a notice of change of Address, also Plaintiff denial of a legal Call by Defendant(s) Pfliger, Kinderman & Brudham Caused Plaintiff to not be able to Contact the Courts & inform them of the need of an adjournment or a video Conference

CHARLIE NIGHT

76. 1) Defendant Corodacy denied Plaintiff out of cell time on 11/28/2024, to a telephone call, to shower. He stated, due to Plaintiff assault on i'll Dubbs in Pod-5, in September, 2024, that Plaintiff won't receive it. He further stated, he was aware how much Plaintiff enjoyed cake, So he'll instruct Trinity Kitchen workers not to give Plaintiff any cake. Plaintiff never receive cake. Plaintiff received notes from Trinity Employee Defendant(s) (Carol, Sowers, to "kill himself" "go back to Constant water", to "Enjoy 😊 😊", to other drawings on tray lids.

77. Plaintiff food contain hair particles, rocks, metals. Plaintiff was informed this was under the instructions of Bradham, Smith, Kinderman, Huxtable, Corodacy to Trinity Cook(s) Carol, Sowers, due to filing Burwell v Sowers, 9:19-CV-16 29 (NDNY, 2022), to Constantly filing grievances. Nov. 26 - Dec 18, 2024.

78. Plaintiff was denied lawful recreation. Plaintiff was instructed to attend rec in the outside area of Charlie Night to move from Nov. 26, 2024 - Jan 03, 2025 in Crocs slippers. The weather was raining, snowing, to cold. Constantly. Plaintiff requested footwear, a coat, a hat, a scarf, to wear his sweater. Defendant(s) Sadler; Force; Toep; Davies; Hughes; to Keller all refused Plaintiff recreation on the dates between Nov. 26, 2024 - Jan 2025. Due to Plaintiff requesting proper clothing or an appropriate rec setting they denied Plaintiff recreation completely.

79. 1) Defendant Kinderman denied Plaintiff a razor to shave, to according to Plaintiff tenets of faith he was allowed to do so every 40 days. Plaintiff was not allowed his 7 hours out of cell, programs, or treatment. The OCCF does follow HALT, or any type of legislation in 9 NY 7077 to 9 NYCRR 2016, There is no programs for therapeutic treatment; Plaintiff was confined in Charlie Night all hours a day with no outside rec, microwave, board games, television, or reading material from Nov. 26 - Dec 18, 2024.

80.
Plaintiff attended a Deposition on 12/18/2024, Burrell v. Bishop, 9:22-cv-1156,
Plaintiff was Placed in enforced restraints by ~~Officials~~ Abunader.
Plaintiff was informed they will be removed, like Previously with Kinville &
Cangello, Plaintiff attended the Deposition & Defendant(s) Holbert,
Rinaldo, & Willcox refused to remove the restraints.

81.
Plaintiff was informed that Captain Smith, & Kinderman, said the facility
doesn't have enough staff to watch you in court all day, So, you can
either refuse or sit down. Plaintiff was informed that he would
not be eating either, unless he goes back to his cell, & once he
does so, he would not be attending the court deposition.

82.
Plaintiff Objected to this tactic, & inform them that this is a
deliberate indifference. They Stated "Oh, well." Plaintiff could not bear
the pain, & agony of the leg shackles, waist chain, & handcuffs, as they
were cutting his circulation of blood, & he was feeling fatigue, & lightheaded,
& requested medical attention. He was informed that a motion to
dismiss would be filed by NYS AAG Noah Engleharts

83.
Plaintiff seeked to Press charges with the Oneida County Criminal Division for
the assault by Nifa, Mail tampering, & intimidation of a witness by Kinderman,
& others, as well as Spellman & Master. Defendant Investigator Miller Refused
to forward by request to C.C.C.D., he refused to report my Plaintiff against
Defendant Nifa, I filed an accusatory instrument he refused to Process
as well. Dec. 05, 2024

CHARLIE - EIGHT #

84. Plaintiff was placed in C-R, at OCCF, by Defendant Kinderman & Civilla, as a SAE. This status is not anywhere in OCCF Policy Handbook, or 9NYCRR(AM). This status is not appealable, or grievable it is reviewed every (7) days. Sgts B. Civilla, said the decisions were held by the Chiefs There is no Rev in OCCF, or Administrative Segregation unit. As they don't comply with HALT, Plaintiff was the only ili in C-R. The rest of the SAE ili in OCCF were housed in Pod-4, & were giving microwaves, televisions, basketball, hand balls, cards, board games, books, magazines, no restraints, seven hours out of cell, visits, & Phone calls. from Nov 26 - Dec 19, 2024.

85. Plaintiff was informed he has in a restrictive privilege unit, & he would remain there, & if he continued to write grievances Kinderman will increase his restrictions, & he knows how Kinderman gives it up." (Sic)

On 11/29/2024, Plaintiff went to attend a Deposition with NYSAAG Olivia Cox, 9:22-CV-0702. Plaintiff was informed by Defendant Corcoran that Pfliger Said " were under staff, & don't have the men necessary to watch you at the Deposition therefore, you either refuse or your going to be handcuffed tight as fuck!"

86. Plaintiff informed Corcoran he was attending the hearing/Deposition. Plaintiff was approached unusually by Defendant(s) Elswood, Plumely, & Napa who all made use of force on Plaintiff. Napa, groped Plaintiff buttocks when exiting C-R entering Zone-1. Plaintiff entered a room, & witnessed ms. Cox. He was grabbed by Elswood & Plumely & forced to sit down. He had mechanical restraints applied to him. Plaintiff objected to the restraints & Stated "why am I in restraints". They informed me Defendant Pfliger. They then removed me, & used force again, grabbing & pulling out of the room unnecessarily. Plaintiff, was informed a motion to dismiss was filed, on the grounds of failure to Prosecute. Pfliger lied & said it was OCCF Policy to handcuff Plaintiff in the room with civilians, this was foiled by Plaintiff & no Policy exist. On or about 11/29/2024

(11)

Hearing(s) For Incident Report(s)

**87.** Plaintiff filed a FOIL, for logg entries from where he was housed in ALF-06. Defendant Smith, conducted the FOIL, & he wrote a MBR for logg entries made by Condek on 11/08/2024. He wrote the MBR 12/17/2024. He placed Plaintiff in MWC; & on enhanced restraints, & labled Plaintiff an escape risk. Plaintiff encounted Smith in Zone-1, he said it was instructed to do so by Chief Kinderman & Plaintiff is a piece of shit who sued him years ago. See Burrell v/Uvetsk 9:19-cv-0906 N.D. N.Y. He placed a restraint order on Plaintiff & labled him an escaped risk.

**88.** Defendant Knutti, commenced the hearing on 12/19/2024, & had already had a guilty disposition rendered. He had Plaintiff listed for no witnesses, no assistance; & no statement. He instructed Plaintiff to sign for such document. Plaintiff reviewed such, & crossed out the answers he marked as no, & requested Smith, Condek; & the logg entry as material, & for Kinderman to be his assistance. Kinderman refused, Plaintiff was receiving envelopes from Defendant Elswood, & Knutti delegated him to be Plaintiffs assistance on the spot. Elswood had no knowledge, or training." Knutti then walked away. On or about Dec. 30, 2024

**89.** Defendant Knutti concluded plaintiff hearing, did not provide a line of questioning to witnesses(s) Smith, & Condek, lied and gave a false statement that Plaintiff stated " I am a genius & smarter than you." He lied & stated Elswood was Plaintiff assistant & Elswood was providing writing paper. He held no location, & placed Elswood as Plaintiff representation MBR # 36331, & imposed 28 days loss of tablet. Plaintiff appealed the MBR. On or about Dec. 30, 2024.

_Hearing(s) For Incident Report(s)_

90. Defendant Knutti on November 14, 2024, informed Plaintiff that he was present to conduct (7) hearings, Plaintiff informed him he was never made aware of the charges, or MBR, or was given any type of documentation on the hearings, Knutti began yelling " well yeah, because you put yourself in here, so you have to deal with it now, the Chief already spoke".

91. Plaintiff requested his copy of the MBR's, Knutti denied him stating the chief said you get nothing, no type of paper whatsoever Plaintiff objected, Plaintiff informed Knutti he witnessed him provide an ACF-4 Roman, with a pen & documents. Knutti informed plaintiff to shut the fuck up & mind his business.

92. Plaintiff, objected to the hearing on grounds that he was in constant watch, a mental health status, & that it was not lawful. Knutti became irate & stated "well we're doing the fucking hearing's regardless, the Chief said so, your already guilty Burrell, I just came to watch you in a cage you little monkey".

93. Plaintiff, agreed to do the hearings, Knutti began with MBR # 36150, Plaintiff requested C.O. Johnsonas a witness, & for the body camera that was on Johnson to be also admitted as evidence, & Plaintiff requested for Pod-4-seen as a witness as well. Knutti began yelling "your not getting no witnesses, or body camera, I review body camera not you, I'm done". He walked away.

94. On or about November 26, 2024, Plaintiff received 8 dispositions, he was informed that 36165-guilty, at 0940 hours, loss of privileges for 21 Days; 36166 -0950 guilty loss of commissary 21 Days; 36126 - 0930 - Abke, guilty 21 Days loss of Commissary; 36160-0910-guilty 21 Days loss of Tablet; 36153 - 0900 guilty loss of Commissary 7 days; 36151 -0855 -guilty 14 Days loss of tablet, & 36150 0850 - guilty loss of tablet 7 Days. There was no MBR added with any of these dispositions. They were served to me while in ACF I never received them. I appealed each one to the Chief & they were denied. These dispositions were rendered in 5-10 minute increments, Plaintiff hearing with Knutti did not commence until at or around 9:45 -10:00am 11/14/2024. He already found Plaintiff guilty.

Outgoing, Incoming, Legal-mail
Law Library

95. The OCCF is understaffed, there are (3) officers to conduct the legal-mail. The Chief Defendant Kinderman, has a illegal policy & custom that violates gmy enue race. By having all incoming mail Photocopied. This is regardless it it is deemed Contra band or not. Therefore, only (3) officers Yocum, Badges, & kenderico have undergone the training. These officies will be assigned to breaks, rec or other units, & the legal mail will not be done, upon arrival to the facility as required. They also, refuse to allow you returned to sender mail. They will take your return to sender mail. Plaintiff needed to Provide a City, & State to the NYS Doccs Board of Parole APPeals unit outgoing notice of appeal letters.

96. Kinderman, & Yocum refused to allow Plaintiff Provide an address to the envelope, & resend it, as the Postmark Stated. In lieu, they opened it, made Photocopies, & Placed it in Plaintiff Property.

97. Plaintiff is indigent & has no way to Provide for himself. He required envelopes to Conduct discovery in 9:22-CV-702; 9:23-CV-0098; 9:23-CV-0392; 9:23-CV-0454; 09:23-CV-0945; 9:23-CV-0821; 9:22-CV-1178; 9:22-CV-1156; in the N.S. N.Y.. There was also motions to Compel, & responses to motions he seeked to file. He was not able to do so. Defendant(s) Kinderman, Campbell

98. Elswood, & Lanry refused to Provide Plaintiff with Sufficient Postage to do so. They were intentionally Providing (1) one once envelopes a week, the bare minimum to Send out Postage. Plaintiff Provided Proof of deadlines for 9:22-CV-0701; 9:22-CV-702; 9:22-CV-1156; & 9:22-CV-0770. Of a need to respond. Campbell kept all the deadlines, & never returned them & stated "The Chief wants more Proof". Plaintiff stuffed all his responses in envelopes, & majority of time, they refused to mail them out.

99. Defendant Lanry refused to Provide Plaintiff with legal suppires, or alless to the Courts. I had a Law Library Deprivation Placed on me by Campbell, Kinderman & Lanry, due to "requesting too much legal material to Sue the facility." Also, I was denied notary & Photocopies, After 12/16/2024, By these defendants for filing 9:24-CV-1377. 12/30/24

(14)

MEDIO HEALTH & WELLPATH

100.
99. Plaintiff seeked mentalhealth Services for his anti-Personality disorder
& to be diagnosed for bi-polar; & to receive his medication he was
Prescribed by Central New York Psychetric Center Defendant(s) Dominca
& morgan refused. I seek Canseling, therapy, & mental health
Services, they refused to Provide me any type of Services.

101.
98. Defendant Dominca, on 11/07/2024, had me held in suicide watch
because Defendant(s) Alexander, Dinico, Civilla, & told her I informed
Kinderman
"my attorney Alicia Loomis, in a attorney-Client Privileged interview
"I was suicidal." I informed her that was not true, & I was
Informing MS. Loomis that the facility has me on Constant watch
mental Health Level AP, by Defendant Kinderman, thats why I'm
in a smock.

102.
97. Defendant had me held again on suicide watch, for disrespecting her
Co-worker morgan, & stated "until you apologize your staying in
Constant I remained in Constant until 11/21/24. Defendant morgan
Confronted Plaintiff on 11/21/24, & informed him the Chief Kinderman
Informed her, I will be released from Constant watch, & needed
Clearance from her, & that She would do so if I stopped
requesting mental health Services & medication, plaintiff
informed her he would Continue seeking treatment because he
needs it. She refused to release Plaintiff, Plaintiff remained
on Constant watch until 11/26/24.

103.
96. Defendant Dominca, & morgan refused to allow Plaintiff to have
any Private Sessions, all Plaintiff requests, interviews, needs, &
referrals, were forwarded to Kinderman. They gave Kinderman
Plaintiff entire Central New York Psychetric Center file.

(15)

¶. 104.

1) Defendant Nancy, a Nell/Path, RN, refused to treat Plaintiff. Plaintiff suffered several rashes, after being fed Soy defendant(s) Calory & the Trinity food employees (serve), sores, on his arms, legs, back, & the soap he was being given. On or about Dec. 09, 2024

105.
On or about Dec. 09, 2024
¶. Defendant Nancy, refused to give Plaintiff medical services, or to see a doctor for his siatic nerve damage, Carpal tunnel, Heft knee, Shoulder, & neck injuries, She refuses to Prescribe Plaintiff gaba Petin for his nerve damage, Place him to see the Optician for a Pair of eye glasses; a HIV, STD, test, or a FW Vaccine. Plaintiff filed multiple sickcalls. She refuses to see him.

¶. 106.
Plaintiff was involved in a car accident Dec. 03, 2024, where Defendant moster was operating a SUV, Speilman, & moster both failed to fasten a seatbelt on Plaintiff in the back seat, moster smelling of Alcholic beverages, Caused the SUV to jolt, While texting at approx. 3:07pm. This caused Plaintiff neck to Whiplash, & crashed his left Shoulder into a Partian in the backseat of the SUV.

107.
¶. When Plaintiff arrived back to the facility, he attempted to inform C.O. Kruzzian of the accident, Defendant Speilman intervene, & obstructed this by threatening plaintiff & slamming the Steel door on Plaintiff foot several times. Plaintiff was wearing croc's Sandals & the Sandal deformed under the door & was dragging Plaintiff foot (right) with each Slam. Defendant Nancy, refused to treat Plaintiff for this injury.

108.
¶. Defendant Nancy, Allowed C.O's to video record Plaintiff medical Assesments, so they can be relayed to the Chief DOCF Staff began rumors Plaintiff had Aids, HIV, Defendant Kinderman was informing Sgt. Kinville; Lt. D'mico " Stay away from Burrell he has Aids". On or about Dec. 09, 2024

(16)

109.
Plaintiff was transferred to a material custody unit, with no sink, shower, toilet windows, & toothbrush or washcloth. Plaintiff was informed by Defendant Bradham this was due to complaining & writing grievances against Kinderman, Dimico & Corcoran walking on Charlie-night inner linear gallery with keys to the unit creating a break of security.

110.
Plaintiff was denied a notary, to notarize documents, after multiple requests Chief Kinderman instructed Defendant(s) Bradham, Hozano etc, & a John Doe to confiscate all Plaintiff legal documents.

111.
Plaintiff was denied sick call, mental health, recreation, showers, razor, legal calls, & legal-mail. As the items were constantly being confiscated. Defendant Czek informed Plaintiff he filed a work order # 57358 due to the freezing cold of mwe-1. Plaintiff was fed soy meals, by C.O. master on days.

112.
Defendant(s) Dawlinowski, & mcdonald, on 12/31/2024, denied plaintiff complaint forms & grievances to file against them for tampering with plaintiff meal. On 12/28/24 -12/29/24, Defendant(s) Dawlinowski & mcdonald constantly banged on Plaintiff cell wall's removed turkey slices from his meal, denied him hot water, & outside recreation.

113.
Plaintiff was housed in mwe, Defendant Woodland, the classification officer stated 9 NYCRR 7013, was the reason. In an email from Kinderman via the classification Kinderman assured Plaintiff he would be housed under more restrictive conditions.

114.
On 12/19/2024, Plaintiff was informed that Kinderman, was informed that 9:24-cv-1377, was filed against him & OCCF staff Plaintiff would therefore be placed on a lawlibrary deprivation & all outgoing mail must remain unsealed to be mailed out to ensure no more lawsuits will be filed against him & OCCF staff members.

115.
100. Plaintiff was housed in the mwc unit. There was no Sort of Privileges. No Playing Cards, TV, radio, windows, Board games, Chairs, tables, books, it was three cells, & the OCCF Zone are hallway. Plaintiff was informed he was placed there due to filing an excessive amount of grievances, & is consider a threat due to showing other ili's in occf how to litigate & file grievances.

116.
103. Plaintiff was not allowed into the RRU, as there is no RRU in occf, there is no RRU Programming, Plaintiff was held on this Status since November 02, 2024 - ~~December, 2024~~ Jan 02, 2025 with no review, or appeal Process.

117.
104. Plaintiff was inform that the Status was not a grievable matter. Plaintiff made Attempts to send outgoing mail to the N.D.N.Y. Defendant(s) Bradham Campbell, & Kinderman refused to process Plaintiff mail.

118.
105. Plaintiff Seeked to be seen by medical via sickcall. Defendant Pavlintowski, entered the nurse room & recorded the assesment with a body camera Causing Plaintiff to refuse, due to his HIPPA Rights being violated.

119.
106. Plaintiff was caused to Suffer at the hands of the Defendant(s), Plaintiff, was & Continuosly Continues to be Punished. Defendant D'nilo, refuses to process Plaintiff grievances, Plaintiff files his grievances to his mother, & writes the commission. He is no longer allowed to receive law library Access. Defendant Campbell instructed

120.
107. Defendant Lorry on 12/31/2024 to not make Copies of the law library Dijunction order issued by Kinderman, so Plaintiff can show the Courts where he has matters Pending, Plaintiff Cannot seek discovery material, or file motions to compel, mem. of Law; & Articulate objections In N.D. N.Y. Case(s) 9:22-cv-0702; 9:22-cv-0704; 9:23-cv-0098; 9:23-cv-0821; 9:23-0915; 9:22-cv-1178 & 9:22-cv-1156. 9:24-cv-1377.

(18)

ATI, CYPHERWORK, EiDovo

121.
Plaintiff was applying to enroll into the Alternative to Incerceration (ATI) Program at occf he was denied, stating "your going back to Prison". Plaintiff had no Prison sentence, Plaintiff was in occf custody for a Class B misdemeanor, & aspiring trial. Other ili in the facility were enrolled in the ATI, who were on misdemeanor charges. Plaintiff was informed by ATI, Defendant Kinderman inform them not to provide Plaintiff re-entry Services (employment, Shelter, SSD; & health Care benefits).

122.
Plaintiff enrolled into the tablet based Cypherwork Program & ascertained over (9) Certificates, Defendant(s) Elswood, Campbell, D'nico, & Kinderman refused to allow Plaintiff to Redeem a Certificate of Completion. Plaintiff was indigent & they insisted Plaintiff Pay $ 0.25 each Certificate. Elswood stated "well, we do print them out for free in the Past, I guess it sucks to be you".

123.
Plaintiff enrolled into the tablet based Eidovo Program & ascertained (10) Certificates. Defendan(ts) Elswood, Campbell, D'nico & Kinderman refused to allow Plaintiff to redeem his Certificates of Completion. Plaintiff was indigent & they insisted Plaintiff Pay 0.25 each Certificate. Elswood Stated "well, we do print them out for free for other people, I guess it sucks to be you".

124.
Plaintiff witnessed Lt. Campbell, Unbeknownst to Kinderman, Elswood & D'nico, give Plaintiff an Anger management Certificate of Completion. Which, she informed Plaintiff not to tell anyone. Due to the fact they are aware Plaintiff is indigent & cannot Pay, so they're conjuring a policy to charge, when they normally don't.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

125.
Plaintiff exhausted his administrative remedies in respect to all claims raised. Defendant Dinico was the Grievance Coordinator, & refused to provide Plaintiff with grievance forms. He would, Plaintiff would have filed the necessary grievances. Plaintiff would file complaint forms, that would be thrown out or never exhausted. Plaintiff filed over 250 complaint forms, & only had approximately 5 grievances be sent to the CPRC.

126.
Plaint began filing grievances to the CPRC, to exhaust his remedies. He would also have his mother fax the CPRC, & Commission of Corrections. The CPRC, responded & instructed Plaintiff to utilize the grievance system. There is no grievance system in OCCF, if you file grievances Lt. Dinico & Kinderman commits adverse actions, place you on a false Pre-tense suicide watch, remove your property, Contraband watch, Segregated Confinement SAE, or assault. To that point Plaintiff exhausted his remedies to the best of those available to him.

## Legal Claims

127.
All these defendant(s) acted with actual malice toward Plaintiff with willful & Wanton indifference to deliberate disregard for the statutory & Constitutional rights of plaintiff. All the actions of the Defendants Constitute unreasonable use of force; deprivation of liberty without due Process of law.

128.
Upon information & belief at all times Defined OCCF, Hello, & well Path, Trinity food Service permitted & tolerated a pattern of Due-Process violation of 9NYCRR(AH) Commissions of Corrections

129.
Plaintiff incorporates by reference in Paragraphs 1 through ___. It was the Policy & Practice of occf, Hello, wellPath, & Trinity food Service to employ these Defendant(s). The policies & Practices of occf encouraged & Caused Constitutional violations by Defendants. It was Policy & Practice of occf to deny, Prevent Prompt medical to Plaintiff. To Prevent Plaintiff from obtaining medical treatment medication, own treatment. The Policies & Practices used by Defendants encouraged & Caused Constitutional violations. At all Pertinent times Defendant(s) & other unknown supervisors, who supervised the officers who unlawfully violated Plaintiff's rights encouraged & tolerated the policies & Practices,

(20)

130. Defendant(s) Kinderman, D'mico, Civilla, CZek, SAI, Admin Seg orders of Nov. 02, 2024, & Defendant(s) Dominca & Morgan Admission to OMH on a false Pre-tense of self-harm, from Nov. 02 - Nov. 26, 2024; adverse action. Those conditions stipulating Plaintiff to be denied all legal-mail, Pen, Paper, to file a change of address to NYS Court of claims; denial of legal calls to check emails, causing Plaintiff to be denied (2) Court of claims trial appearance's #134018, & 134109 with Hon. T. Scott Odorisi on Nov. 19, 2024. These cases being dismissed due to Plaintiff failure to appear these defendants restrained Plaintiff from appearing or litigating the case at all. Plaintiff was never suicidal, & was denied access to the Courts, law Library, Pen, & Paper, in all aspects by Defendants. Violated Plaintiff 1st, 4th, 5th, 6th & 14th Amendment Rights Pursuant to the U.S. Constitution.

131. Defendant(s) Kinderman, D'mico, Civilla, CZek, SAI, Admin.Seg orders of Nov. 00, 2024, & Defendants Dominca & Morgan Admission to OMH on a false Pre-tense of self-harm, from Nov. 02 - Nov. 26, 2024, adverse action. Those conditions stipulating Plaintiff to be denied all legal-mail, Pen, Paper, to file a ~~change of address~~ objection to NYS N.D.NY Judge Katz report & recommendation, 10/30/24, in Burrell v. Van Winkles, 9:24-cv-1169. Resulted in Hon. Hurd to interpret the 15 day response time to lapse & adopted to the dismissal of to the claims recommend by Hon. Katz. This was due to the adverse act, by defendants, by restraining Plaintiff from accessing a Pen, Paper, law Library, legal-mail, or Phone call, from Nov. 02 - Nov. 26, 2024, giving Plaintiff no way to file an objection or seek an adjournment violated Plaintiff 1st, 4th, 5th, 6th, & 14th Amendment Rights Pursuant to the U.S. Constitution.

132. Defendant Pfliger, Elswood, Plummely & Napa, handcuffing Plaintiff for deposition on 11/29/2024, in Burrell v. Nelson, 9:22-cv-0707, with an illusionary custom, that Plaintiff be restrained to a chair, & Plaintiff is not on a restraint order. So Plaintiff would be "uncomfortable as Possible, because OCLF does not have enough staff to stand by the door for seven hours for Plaintiff deposition". Plaintiff who suffers from Carpul tunnel & Siactica, would be in tremedas Pain, Resulting in the deposition being cancelled, & a failure to Prosecute motion to dismiss being filed. These defendants lied, & stated that it was a OCLF Policy to handcuff all ILI's when in rooms with civilians by themselves. Which is untrue, Plaintiff was in the same room with Hello Dominca in September, 2024 with no restraints. This violated Plaintiff 4th, 5th, 6th, & 14th Amendment Rights Pursuant to the U.S. Constitution.

133. Defendant Mosher, crashing of vehicle mishandling due to texting while driving of being under the influence, while leaving Sherrill City Court Dec. 03, 2024, causing Plaintiff neck to whiplash into a plexiglass partition of his neck of shoulder to collide as well into the partition. His refusal to provide Plaintiff medical assistance upon returning to OCCF violated Plaintiff rights, as well as his refusal to fasten a seat belt on Plaintiff to prevent injury. Violated Plaintiff (1st, 4th, of 14th Amendment Rights) Pursuant to the U.S. Constitution

134. Defendant Speilman, slamming the steel door in booking of OCCF on Plaintiff foot in retaliation of Plaintiff seeking medical treatment from a car accident of injury he sustained, causing bruising, of swelling, inter alia to Plaintiff right foot violated Plaintiff (1st, 4th, of 14th Amendment Rights) Pursuant to the U.S. Constitution

135. Defendant Nancy, (hell, Beth), refusal to provide adequate treatment to Plaintiff for his car accident neck, of shoulder injuries; Speilman foot injuries; of his ongoing treatment of medication he required for sciatica, carpal tunnel, muscle spasm, physical therapy, steroid shots, of to be seen by the Doctor, the Optician of a dentist. As well as to deny Plaintiff a HIV, STD, flu vaccine, of sick call of any kind, lastly, allowing Plaintiff HIPPA rights to be violated by having OCCF create a policy induced by Kindermon to record Plaintiff medical assesments, of a rumor to be spread Plaintiff has HIV. Violated Plaintiff's 1st, of 14th Amendment Rights Pursuant to the U.S. Constitution.

136. Defendant(s) Kindermon, Czek, Ciulla, of D'nico, placement of Plaintiff in MWC of Charlie right in retaliation, or SAE, of Admin Seg, since Nov. 02 - Jan , 2025, with no television, phone, shower, programming, re-entry service, visits, board games, cards, religious services or practices, recreation, or law. Allowing other ili's in OCCF on the same status to enjoy these exact same privileges; Defendant Woodland informed Plaintiff that restrictions would increase. This violated Plaintiff 1st, of 14th Amendment Rights(s) Pursuant to the U.S. Constitution

137. Defendant(s) Pfluge, Brandham of Kindermon denial of Plaintiff legal call, violated his 1st Amendment Right Pursuant to the U.S. Constitution.
Defendant Brandham memo to deny Plaintiff medical care of treatment in Nov. 2024 violated Plaintiff 14th Amendment Right Pursuant to the U.S. Constitution.

Defendant(s) Kinderman, Civila, & Dimico Refusal to feed Plaintiff lunch, & breakfast denial of Showers, &Phones; in ALF, in retaliation of Making threats. Violated Plaintiff 1st, & 14th Amendment Right(s) Pursuant to the U.S. Constitution

139.

Defendant(s) Kinderman, Dimico, Chapman & Czek, Placing Plaintiff in the mental health unit, & lying that Plaintiff wanted to harm himself. Violated Plaintiff 14th Amendment Right Pursuant to the U.S. Constitution

140.

Defendant Hazanovic, Placing a sharper toothbrush in Plaintiff mattress, & Defendant Czek instructing Yocum to Retrieve the mattress (3) hours after Plaintiff was removed from the Cell/Defendant Yocum & Nadine lying to Oneida County Deputy      , in a Deposition that it was ocet Policy to radilogy Scan mattresses, in attempt to Set Plaintiff up with a new charge was a blatent Conspiracy. Violated Plaintiff 1st, & 14th Amendment Right Pursuant to the U.S. Constitution

141.

Defendant Hoke entered ALF harrasing Plaintiff denying him rec & Shower. Violated Plaintiff 14th Amendment Right Pursuant to the U.S. Constitution.

142.

Defendant Carta refusal to Provide Plaintiff his notice of inmate rights & throwing them in the Trash... caused Plaintiff not to be aware of the mbc against him or his rights at the hearing. Violated Plaintiff 1st, & 14th Amendment Right(s) Pursuant to the U.S. Constitution.

143.

Defendant moster, denial of Plaintiff rec, showers, & Phone on Nov. 09, 10, 16, & 7, 2024. Defendant(s) Speilman, mcDonald Pavlinkowski denial of Plaintiff rec, showers, Phone on Nov, 08, 09, 10, 11, etc. In advesity effect from Defendant Kinderman Violated Plaintiff 1st, & 14th Amendment Rights Pursuant to the U.S. Constitution.

144.

Defendant Dominca, admission of Plaintiff to Suicide watch, on Nov 07, 2024. Due to informing Plaintiff attorney he was in a Smock, because the facility has him on Suicide watch &Which was a, Privileged Conversation Violated Plaintiff 1st, 6th, & 14th Amendment Right Pursuant to the U.S. Constitution

145. Defendant(s) Carol, $ Bowers, Colon, $ Corochan, serving Plaintiff Soy intentionally causing Plaintiff allergic reaction, suicide spoon, with instructions to kill himself, the writing Enjoy, hearts, $ Smiley faces, in retaliation for filing 9:19-CV-1629. Violated Plaintiff 1st $ 14th Amendment Rights Pursuant to the U.S. Constitution.

146. Defendant(s) Kinderman, Civilla, Dimico, $ Czek, Seperation of inmates; Admin Seg, denial of rec, showers, Phone, legalmail, books, clothing, visits, running water. In ALF, CR, $ MWC, from Nov. 02 - Jan. 0, 2025. Violated Plaintiff 1st $ 14th Amendment Rights(s).

147. Defendant(s) Engler, Bray, Slippo, mosher, Plummely, spellman, $ Scofield refusal to allow Plaintiff to Anoke a legal call, to retain Counsel, as the Administrative Law Judge Craig Schlinger instructed, Nov. 04, Nov. 08, Nov. 18, $ Nov. 25, 2024, causing Plaintiff to have to No attorney for his Parole Revocation Hearing Preliminary Hearing, Ultimately waiving the hearing due to not having Counsel, $ not being assigned counsel, or being able to retain counsel. Plaintiff had six adjournments, due to not having Counsel violated Plaintiff 1st, 5th, 6th, $ 14th Amendment Rights Pursuant to the U.S. Constitution.

148. Defendant Kinderman, refusal to Allow Plaintiff into general Population, unless he dismissed 9:23-CV-0821; $ 9:23-CV-0815; His relationship with Prisoner Escapee from CCF David Sweat; $ his grievances he has to file to redress illegal occf Policies. On Nov. 21, 2024. Violated Plaintiff 1st, $ 14th Amendment Right(s) Pursuant to the US Constitution.

149. Defendant(s) Davies, $ Plummely lies that Plaintiff was homicidal, $ Her refusal to comply with Kinderman instructions to release Plaintiff from Constant, In retaliation for filing 9:19-CV-    , against Davies, $ requesting a grievance to file against Defendant Morgan for denying Plaintiff Omt treatment. Violated Plaintiff 1st; 4th; $ 14th Amendment Rights Pursuant to the U.S. Constitution.

Defendant CoroCran denial of Plaintiff Rec, Shower, & Phone, due to Plaintiff assaulting a ill Tristian Deebs. Violated Plaintiff 1st, & 14th Amendment Right Pursuant to the U.S. Constitution.

151. Defendant(s) Bradham, Smith, Kinderman, Huxtable, Corocran Carol, & Sowers. Contaminating Plaintiff meals, in retaliation of filing 9119 cv-1629. Violated Plaintiff 1st & 14th Amendment Rights(s) Pursuant to the U.S. Constitution.

152. Defendant(s) Sadler, Force, Toepp, Davies, Hughes & Keller, insisting on Plaintiff wearing Crec slippers in the recreation area, in inclimate weather, & refusing to provide Plaintiff proper footwear, & denying Plaintiff Rec for doing so. Violated Plaintiff 1st & 14th Amendment Rights(s) Pursuant to the U.S. Constitution.

153. Defendant Kinderman, ban on Plaintiff utilizing a razor, & denying him of Practicing the tenets of his Islamic faith, by shaving at least 40 days, & not allowing Pubic hairs to accumulate for over 40 days. Violated Plaintiff 1st & 14th Amendment Right Pursuant to the U.S. Constitution.

154. Defendant(s) Smith, Kinderman, Holbert, Rinaldo, & Wilox refusing to remove Plaintiff restraints for his 12/18/24 Deposition. As they were previously removed on 12/06/24, by Cagitta. Due to them having to stand on the Post & watch Plaintiff for seven hours. Violated Plaintiff 1st, & 14th Amendment Rights Pursuant to the U.S. Constitution.

155. Defendant Miller, refusal to allow Plaintiff to Press Charges, report his Phone, & mail tampering, intimidating a witness to the Oneida County Criminal Division as he is required to by ocfs Policy. Violated Plaintiff 1st, & 14th Amendment Right(s) Pursuant to the U.S. Constitution.

156. Defendant Smith retaliatory report he filed against Plaintiff, Placing him in enhanced restraints, & labeling Plaintiff an escape risk in retaliation to filing 9119-cv-0906 against him. Violated Plaintiff 1st & 14th Amendment Rights Pursuant to the U.S. Constitution.

157.

Defendant Knotti already finding Plaintiff at MBR hearings, denying Plaintiff witnesses, mail copies, notice of rights, assistance, testimony, Body Camera, filling out MBR assistance forms stating Plaintiff Said no, never undergoing training to conduct hearings, & Defendant Kinder instructions for him to do So, & find Plaintiff guilty at all his hearings. Violated Plaintiff 1st & 14th Amendment Right(s) Pursuant to the U.S. Constitution.

158. Defendant Defendant Kinder legal-mail & Postage Policy for incoming legal mail, & denial of sufficient Postage to send outgoing legal mail as a Pro-Se litigant for Plaintiff, after Plaintiff Provides Proof, & confiscating Plaintiff legal documents. Photo Copying legal-mail documents that are not suspicious, ruining the document so it not legible to respond to, opening return to Sender mail, in lieu of allowing Plaintiff to place the address. Violated Plaintiff 1st & 14th Amendment Right Pursuant to the U.S. Constitution.

159. Defendant Carry placing Plaintiff on a Law Library deprivation, denying him Photo copies, notary, & legal Supplies. Violated Plaintiff 1st & 14th Amendment Rights Pursuant to the U.S. Constitution.

160. Defendant(s) Helio morgan, & Danica, holding Plaintiff in Constant watch for 19 days for refusing to apologize to morgan, they're refusal to Provide me treatment of my anti Personality disorder, & Prescribe me my medication for insomnia, they're violation of HIPPA giving Defendant Kinderman all my conti records & referrals, & the 300 Pages from Central New York Psychiatric Center. Violated Plaintiff 1st & 14th Amendment Right(S) Pursuant to the U.S. Constitution.

161. Defendant(S) Woodland, Kinderman, Bradham, & Pinico, placing Plaintiff in max due to filing grievances & Complaints against Kinderman & Cordova walking on the inner Catwalk with keys. Violated Plaintiff 1st & 14th Amendment Rights Pursuant to the U.S. Constitution.

(26)

162.

Defendant(s) Paulinkowski & McDonald denial of Complaint Forms, grievances, meal tampering (removing food from Plaintiff tray), denial of recreation, & the video recording of Plaintiff medical assesments, violated Plaintiff 1st & 14th Amendment Rights) Pursuant to the U.S. Constitution.

163.

Defendant(s) Brandham, Ha Zanovic, & John Doe, Kinderman, Confiscation of all Plaintiff Legal Documents on 12/19/24, once he was transfered to MVC, Causing him to not file discovery request, & file motions in respects to his Criminal Cases in Utica City Court, Oristany Whitestown, & N.D.N.Y, Court on Claims. Violated Plaintiff 1st & 14th Amendment Right(s) Pursuant to the U.S. Constitution.

164. Defendant(s) Brandham, Campbell, & Kinderman refusal to Send Plaintiff Legal-mail, Out; requiring all Plaintiff legal mail must remain unsealed so occt staff can see the Contents, to prevent lawsuits from being filed against them.

165. Defendant Dimico & Kinderman, refusal to Process any of Plaintiff Grievances & Complaint Forms, Violated Plaintiff 1st & 14th Amendment Rights)

## RELIEF REQUESTED

WHEREFORE, Plaintiff requests that this Court enter judgment against the Defendant(s) & award the following amounts;

a. Fifty-Million, $50,000,000.00, Compensatory damages in favor of Plaintiff.

b. Fifty-Million, $50,000,000.00, Exemilary damages in favor of Plaintiff

c. One Hundred-million, $100,000,000.00, Punitive damages in favor of Plaintiff

d. Costs of this action, including reasonable attorney fees to the Plaintiff and

Such other relief as the Court may deem appropriate

Pursuant to rule 38 of the Federal rules of Civil Procedure, Plaintiff demands a trial by Jury.

Dated: Januar 02, 2025
Oriskany, New York


By: A. Burell
    AKO Burell